
RECEIVED
IN MONROE, LA
JAN 0 3 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION NO. 05-30030** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **JUAN TORRES** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons contained in the oral Report and Recommendation of the Magistrate Judge, a transcript of which has been filed herein, and after an independent review of the entire record, and concurring with the Magistrate Judge's findings under the applicable law,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant's Motion to Suppress [Doc. No. 16] is DENIED.

MONROE, LOUISIANA this ___3___ day of ___January___, 2006.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE